IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEONTE LADELL FOSTER,

    Plaintiff,

  v.

Case No. 19-cv-244-bbc

C. BUESCHER, J.P.D, STEPHEN MEYERS,
MICHAEL RABBIT, JOSH KLAFF, AND
MICHAEL HAAKERNSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 07/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |